## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                                                      Case No. 16–33465
                                                                           Chapter 13
Willie Lee Miller and Geraldine Hogan,

    Debtors.

## NOTICE

Notice of Submission Error requiring refiling. Please check the amended plan box and refile. Please refile using the correct ECF docket event or corrected document within 7 days or your pleading may be dismissed (RE: related document(s)38 Amended Chapter 13 Plan). Incomplete Filings due by 7/31/2017. (RK)

Dated July 24, 2017

Juan–Carlos Guerrero
Clerk of Court